**So Ordered.**

*Frank L. Kurtz*
Bankruptcy Judge

**Dated: September 28th, 2012**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re:<br><br>Yesterday's Village, Inc.<br><br>Debtor. | Case No. 11-01378-FLK11<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING CONFIRMATION OF FIRST AMENDED PLAN OF LIQUIDATION** |

On September 25, 2012, this case came before the court for hearing on confirmation of the First Amended Plan of Liquidation dated July 26, 2012, docket #199 (the "Plan") filed by Umpqua Bank. A copy of the Plan is attached to and incorporated in this Order as Exhibit A. Capitalized terms used in this Order shall have meanings defined in the Plan.

The court, having considered the Plan, the Amended Disclosure Statement dated July 26, 2012, docket #200. the Ballot Summary, docket #214, the Declaration of Cynthia Bayles in Support of Confirmation of First Amended Plan of Liquidation, docket #227, and the arguments and testimony at the hearing, hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

Page 1 – FINDINGS OF FACT AND CONCLUSIONS OF LAW – Case No. 11-01378-FLK11

DWT 20418479v2 0065460-000059

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300

Portland

11-01378-FLK11    Doc 231    Filed 09/28/12    Entered 09/28/12 12:25:39    Pg 1 of 5

1. This court has jurisdiction over this bankruptcy case pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this court pursuant to 28 U.S.C. §§1408 and 1409. Debtor Yesterday's Village, Inc. is eligible to be a debtor under 28 U.S.C. §109. Confirmation of the Plan is a core proceeding under 28 U.S.C. §157(b)(2), and this court has exclusive jurisdiction to determine whether the Plan complies with the applicable provisions of the United States Bankruptcy Code and should be confirmed.

2. This court takes judicial notice of the docket of this bankruptcy case (including but not limited to all pleadings and other documents filed, all orders entered, and all evidence and arguments made, proffered or adduced at the hearings before this court during the pendency of this bankruptcy case), and of the claims register and proofs of claim filed in this bankruptcy case.

3. The Plan, the Amended Disclosure Statement dated July 26, 2012, and solicitation materials were properly disseminated to all known parties in interest in accordance with the orders of this court and applicable law.

4. Notice of the hearing on confirmation of the Plan, and all dates and deadlines relating thereto, was reasonable and appropriate under all of the circumstances.

5. The Plan has been proposed in good faith, and not by any means forbidden by law.

6. Acceptance of the Plan was solicited in good faith, and Umpqua Bank, as the plan proponent, is entitled to the protections afforded by 11 U.S.C. § 1125(e).

7. The Plan has been accepted in writing by four impaired classes of creditors, and one impaired class of interests.

8. No objections to confirmation of the Plan have been filed.

9. Umpqua Bank, as Plan proponent, has met its burden of proving the elements of 11 U.S.C. § 1129, by a preponderance of the evidence.

DWT 20418479v2 0065460-000059

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300

Portland

11-01378-FLK11    Doc 231    Filed 09/28/12    Entered 09/28/12 12:25:39    Pg 2 of 5

10. The Plan complies with the provisions of the United States Bankruptcy Code, including but not limited to Chapter 11 thereof, and Umpqua Bank, as Plan proponent, has complied with all applicable provisions of the United States Bankruptcy Code. All applicable Bankruptcy Rules and Local Bankruptcy Rules have been complied with.

11. Each holder of a Claim or Interest has accepted the Plan, or will receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if the debtor were liquidated under Chapter 7 of the United States Bankruptcy Code on such date.

12. The Plan is feasible. The Trustee has sufficient funds, in the form of Rent Proceeds, to pay all Allowed Administrative Claims and Priority Claims in full on the Effective Date of the Plan; that includes any and all taxes that might be determined to be due and owing.

13. All other requirements for confirmation of a plan set forth in 11 U.S.C. §1129 have been satisfied.

14. Confirmation of the Plan is in the best interests of creditors and interest holders, and in the best interests of justice.

15. There are no unpaid fees due to the Clerk of this Court, and all fees due and owing to the United States Trustee will be paid within 10 days after entry of this order.

16. The Plan satisfies all requirements for the assumption of executory contracts and unexpired leases contained in the United States Bankruptcy Code.

17. The findings of this court, as set forth above, and the conclusions of law stated herein, shall constitute findings of fact and conclusions of law pursuant to F. R. Bankr. Proc. 7052, as made applicable to this proceeding by F. R. Bankr. Proc. 9014. To the extent any provision designated herein as a finding of fact is more properly characterized as a conclusion of law, it shall be so deemed, and vice versa.

// End of Findings of Fact and Conclusions of Law //

DWT 20418479v2 0065460-000059

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300

Portland

11-01378-FLK11    Doc 231    Filed 09/28/12    Entered 09/28/12 12:25:39    Pg 3 of 5

Presented by

DAVIS WRIGHT TREMAINE LLP

By: /s/ Wendell Kusnerus
 Wendell Kusnerus, WSB #15488
 Attorneys for Creditor Umpqua Bank

Page 4 – FINDINGS OF FACT AND CONCLUSIONS OF LAW – Case No. 11-01378-FLK11

DWT 20418479v2 0065460-000059

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300

Portland

11-01378-FLK11    Doc 231    Filed 09/28/12    Entered 09/28/12 12:25:39    Pg 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the attached FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING CONFIRMATION OF FIRST AMENDED PLAN OF LIQUIDATION on the following via the Electronic Court Filing System of the U.S. Bankruptcy Court for the Eastern District of Washington:

- Matthew J Anderton – Chapter 11 Trustee – manderton@charter.net
- Michelle A. Blackwell, for Nevelyn Arnett Troyer - mblackwell@wlrlaw.com, cpivoda@wlrlaw.com; lsharkey@wlrlaw.com; srichichi@wlrlaw.com
- Gary W Dyer, for US Trustee – Gary.W.Dyer@usdoj.gov
- Charles R Ekberg, for KeyBank – ekbergc@lanepowell.com, budigank@lanepowell.com, docketing-sea@lanepowell.com
- Brian Faller, for State of Washington – brianf@atg.wa.gov, heidim1@atg.wa.gov
- Gregory R Fox, for KeyBank – FoxG@Lanepowell.com,ekbergc@lanepowell.com, stephensont@lanepowell.com, hunterj@lanepowell.com, norbya@lanepowell.com
- William L Hames, for Debtor Yesterday's Village – billh@hawlaw.com, pamh@hawlaw.com; michellec@hawlaw.com; mirnac@hawlaw.com; rosap@hawlaw.com
- Metiner G Kimel, for Debtor Yesterday's Village – mkimel@mkimellaw.com, roberta@mkimellaw.com; debrah@mkimellaw.com
- John W. O'Leary, for Trustee Matthew Anderton – johno@hawlaw.com; mirnac@hawlaw.com; loric@hawlaw.com; pamh@hawlaw.com
- US Trustee – USTP.REGION18.SP.ECF@usdoj.gov
- Brian A Walker, for Sammy Lee – bwalker@omwlaw.com, lfortier@omwlaw.com

As of today's date, the following parties or attorneys are not on the e-service list for this case and were served by first class U.S. mail:

None

Dated this 26th day of September, 2012.

DAVIS WRIGHT TREMAINE LLP

By  /s/ Wendell Kusnerus
    Wendell Kusnerus – WSBA #15488
    Attorney for Umpqua Bank

Page 1 – CERTIFICATE OF SERVICE – Case No. 11-01378-FLK11

DWT 20418479v2 0065460-000059

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2400
Portland, Oregon 97201 · (503) 241-2300

Portland

11-01378-FLK11    Doc 231    Filed 09/28/12    Entered 09/28/12 12:25:39    Pg 5 of 5